**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00084-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GABRIEL VELASQUEZ-FLORES,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Defendant's Application for Return of Seized Cash [#103], filed May 11, 2006, is **DENIED** for the reasons stated, arguments advanced, and authorities cited by the government in its reponse [#106], filed June 5, 2006.

Dated: October 5, 2006

--------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.